**Order entered March 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00335-CV

### IN THE INTEREST OF K.P., J.P., J.P., AND G.F.P., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-556-W**

## ORDER

This is an accelerated appeal in a child protection case. *See* TEX. R. APP. P. 28.4. Pursuant to Texas Rule of Appellate Procedure 35.1(b), the appellate record was due January 28, 2013. *See id.* 35.1(b). The clerk's record has been filed; the reporter's record has not. Accordingly, we **ORDER** David Chance, Official Court Reporter, to file the record no later than **March 22, 2013**. If necessary, arrangements for a substitute reporter must be made as no extensions will be granted absent exigent circumstances. *See id.* 28.4(b)(1),(2).

We **DIRECT** the Clerk of the Court to send a copy of this order to (1) the Honorable William A. Mazur, Presiding Judge of the 304th Judicial District Court, and (2) David Chance, Official Court Reporter of the 304th Judicial District Court.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE